IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER SOLIMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JIMMY F. PEARSON, et al.,<br><br>    Defendants.<br>_____ / | No. C 10-03024 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING** |

    This matter is set for a hearing on August 27, 2010 at 9:00 a.m. on the motion to dismiss filed by defendant United States of America ("Federal Defendant") and for a hearing on September 3, 2010 at 9:00 a.m. on Plaintiff's motion to remand. The Court HEREBY CONTINUES the hearing on Federal Defendant's motion to dismiss to September 3, 2010. Any opposition to these motions shall be filed by no later than **August 10, 2010** and the replies, if any, shall be filed by no later than **August 17, 2010**. Plaintiff is admonished that failure to file an opposition to Federal Defendant's motion may result in the Court dismissing the Federal Defendant from this action.

    If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to

///

///

///

///

1  modify this schedule, they may submit for the Court's consideration a stipulation and proposed
2  order demonstrating good cause for any modification requested.
3      **IT IS SO ORDERED.**

5  Dated: July 23, 2010

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAHER SOLIMAN,

        Plaintiff,

  v.

JIMMY F. PEARSON et al,

        Defendant.

Case Number: CV10-03024 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maher Soliman
1112 Larkin Street
No. 405
San Francisco, CA 94109

Dated: July 23, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk